UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MALIKA SAFAEVA,

        Plaintiff,

    v.

DELTA AIR LINES INC.,

        Defendant.

Case No. 24-cv-02312-TSH

**ORDER TO SHOW CAUSE**

    Plaintiff Malika Safaeva filed this case over three months ago, on April 18, 2024, but there is no indication Defendant has been served. As such, the Court vacated the July 18 case management conference and ordered Plaintiff to file a status report by August 1, 2024. ECF No. 6. Plaintiff failed to respond.

    The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-33 (1962). Accordingly, the Court **ORDERS** Plaintiff Malika Safaeva to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by August 19, 2024. <u>Notice is hereby provided that failure to file a written response will be deemed an admission that you do not intend to prosecute, and this case will likely be dismissed</u>. Thus, it is imperative the Court receive a written response by the deadline above.

    **IT IS SO ORDERED.**

Dated: August 5, 2024

THOMAS S. HIXSON
United States Magistrate Judge