UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIKA SAFAEVA,<br>   Plaintiff,<br>  v.<br>DELTA AIR LINES INC.,<br>   Defendant. | Case No. 24-cv-02312-TSH<br><br>**SECOND ORDER TO SHOW CAUSE** |

On August 5, 2024, the Court order Plaintiff Malika Safaeva to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. ECF No. 7. Having reviewed Plaintiff's declaration in response (ECF No. 9), the Court discharged the show cause order and ordered Plaintiff to serve Defendant Delta Airlines, Inc. by September 16, 2024. ECF No. 10. The Court also continued the initial case management conference to November 7 and extended all related deadlines accordingly. Although it appears Plaintiff subsequently served Defendant on August 26 (ECF No. 12), Defendant has made no appearance, and Plaintiff did not file a case management statement in advance of the November 7 conference. As such, the Court vacated the conference and ordered Plaintiff to file a status report by November 14, 2024. ECF No. 13. After Plaintiff failed to respond, the Court extended the deadline to November 21. ECF No. 14. Plaintiff again failed to respond.

The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-33 (1962). Accordingly, the Court **ORDERS** Plaintiff Malika Safaeva to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by December 5, 2024. Notice is hereby provided that failure to file

a written response will be deemed an admission that you do not intend to prosecute, and this case will likely be dismissed. Thus, it is imperative the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: November 22, 2024

_____
THOMAS S. HIXSON
United States Magistrate Judge